No. 1461, Misc. SHAW v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1462, Misc. COUTURE v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1472, Misc. MERRILL v. ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 1475, Misc. BELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 1480, Misc. WEBSTER v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1481, Misc. DAVIS v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1482, Misc. MYERS v. CITY COURT OF SALT LAKE CITY. Sup. Ct. Utah. Certiorari denied.

No. 1484, Misc. SYMONS v. FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1488, Misc. LORENZANA v. PUERTO RICO. Sup. Ct. P. R. Certiorari denied. *Stanley L. Feldstein* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, for respondent.